# First District Court of Appeal
## State of Florida

———————————————

No. 1D2023-1325

———————————————

Fernando Delmone Leland,

Appellant,

v.

State of Florida,

Appellee.

———————————————

On appeal from the Circuit Court for Madison County.
Melissa G. Olin, Judge.

August 13, 2024

Per Curiam.

Affirmed.

Rowe, Bilbrey, and Kelsey, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jessica J. Yeary, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.